UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-CV-62398-CIV-DIMITROULEAS

APOLLO MANAGEMENT GROUP,

    Plaintiff,

v.

DOUGLAS B. CROXALL and
NATASHA ALLAS CROXALL,

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION; DENYING WITHOUT PREJUDICE DEFENDANT DOUGLAS B. CROXALL'S VERIFIED MOTION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court upon Defendant Douglas B. Croxall's Verified Motion for Attorney's Fees [DE 43] and the Report and Recommendation on Defendant's Verified Motion for Attorneys' Fees entered by United States Magistrate Judge Augustin-Birch on February 7, 2024 (the "Report") [DE 53].  The Court notes that no objections to the Report [DE 53] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 53] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 53] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusion that resolution of Mr. Croxall's Motion for

Attorneys' Fees is better left until after the final adjudication of this case for the reasons articulated in the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 53] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Douglas B. Croxall's Verified Motion for Attorney's Fees [DE 43] is hereby **DENIED WITHOUT PREJUDICE** to Defendant refiling a verified motion for attorneys' fees after the final adjudication of this case.

**DONE and ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 22nd day of February, 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Augustin-Birch